IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| VANESSA D. STAPLES, | ) | Case No. 4:12CV00026 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | By: Jackson L. Kiser |
| Defendant. | ) | Senior United States District Judge |

Before me is the Report and Recommendation [ECF No. 17] of the United States Magistrate Judge recommending that an Order be entered dismissing the case for Plaintiff's failure to prosecute her claim. The Report and Recommendation was filed on January 23, 2013, and Plaintiff had fourteen (14) days to file objections. No objections were filed. Accordingly, it is this day **ADJUDGED** and **ORDERED** that the Report and Recommendation shall be, and hereby is, **ADOPTED** in its entirety. The case is hereby **DISMISSED** from the docket of the Court for Plaintiff's failure to prosecute her claim.

The Clerk is directed to send a copy of this Order to pro se plaintiff, counsel of record and United States Magistrate Judge B. Waugh Crigler.

ENTERED this 14th day of February, 2013.

s/Jackson L. Kiser
Senior United States District Judge